**Curtis Terrell and Angela Terrell**
c/o Casey Rose Denson
8131 Oak St Ste 100
New Orleans, LA 70118-2052

**Howard E. Conday**
328 Saint Denis St
Natchitoches, LA 71457-4603