**United States Bankruptcy Court**
**Eastern District Of Texas**

In re    Allgrunn, Jason Robert                                    Case No.    25-20027

                                                                    Chapter    7

        Debtor(s)

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s): 341 BNC Certificate of Mailing - Notice of Meeting of Creditors was(were) mailed to all persons in interest at the addresses set forth below, electronically or by first class mail, postage prepaid, on                03/18/2025               .

Dated:        03/18/2025                                           /s/ Charles Cottrell
                                                                    Charles Cottrell
                                                                    Debtor(s)' CounselBar
                                                                    Number: 24045707
                                                                    Cottrell Law Firm
                                                                    104 E. Houston St. 135
                                                                    Marshall, TX 75670
                                                                    Phone: (903) 503-5839
                                                                    Email: cottrellfirmtx@gmail.com

**Curtis Terrell and**
**Angela Terrell**
c/o Casey Rose Denson
8131 Oak St Ste 100
New Orleans, LA
70118-2052

**Howard E. Conday**
328 Saint Denis St
Natchitoches, LA
71457-4603