| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jason Robert Allgrunn<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–2146 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter: | 7    2/19/25 |
| Case number: | 25-20027 | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jason Robert Allgrunn | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 157 Fm 134<br>Waskom, TX 75692–3714 | |
| 4. | Debtor's attorney<br>Name and address | Charles Cottrell<br>104 E. Houston St., Suite 135<br>Marshall, TX 75670 | Contact phone 903–578–0781<br>Email: charleswcottrell@gmail.com |
| 5. | Bankruptcy trustee<br>Name and address | Diane Carter<br>660 North Central Expressway<br>Ste. 101<br>Plano, TX 75074 | Contact phone 972–422–9377<br>Email: dsbarron@rbarronlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | Plaza Tower | Hours open: |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 110 N. College Avenue<br>Ninth Floor<br>Tyler, TX 75702 | 8:00 – 4:00<br><br>Contact phone 903–590–3200<br><br>Date: 2/20/25 |

| 7. | **Meeting of creditors** | | Location: |
| --- | --- | --- | --- |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 28, 2025 at 09:15 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 272 272 1076, and Passcode 7615298335, OR call 1–469–218–9154** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
| --- | --- | --- |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/27/25** |
| --- | --- | --- | --- |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |
| | | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| --- | --- | --- |
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| --- | --- | --- |

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| --- | --- | --- |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

United States Bankruptcy Court
Eastern District of Texas

In re:     Case No. 25-20027-jps
Jason Robert Allgrunn     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-2     User: admin     Page 1 of 2
Date Rcvd: Feb 20, 2025     Form ID: 309A     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jason Robert Allgrunn, 157 Fm 134, Waskom, TX 75692-3714 |
| 8543301 | + | Cottrell Law Firm, 104 E. Houston St. 135, Marshall, TX 75670-4144 |
| 8543303 | + | ESB/HARLEY DAVIDSON CR, 9850 DOUBLE R BLVD STE 1, RENO, NV 89521-3103 |
| 8543309 | + | SYNCB/LUMBER LIQUIDA, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 8543312 | | Tonya Allgrunn, 409 S Spruce St, Vivian, LA 71082-3045 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: charleswcottrell@gmail.com | Feb 21 2025 00:32:00 | Charles Cottrell, 104 E. Houston St., Suite 135, Marshall, TX 75670 |
| tr | + | EDI: FDCARTER | Feb 21 2025 05:03:00 | Diane Carter, 660 North Central Expressway, Ste. 101, Plano, TX 75074-6759 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Feb 21 2025 00:34:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8543297 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 21 2025 03:31:41 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 8543298 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2025 00:33:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 8543299 | + | Email/Text: Collectlegal@bfcu.org | Feb 21 2025 00:34:00 | BARKSDALE FEDERAL CU, 2701 VILLAGE LN, BOSSIER CITY, LA 71112-2319 |
| 8543300 | + | EDI: CITICORP | Feb 21 2025 05:03:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 8543302 | + | EDI: DISCOVER | Feb 21 2025 05:03:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 8543304 | ^ | MEBN | Feb 21 2025 00:17:55 | KIA FINANCE AMERICA, 4000 MACARTHUR BLVD STE, NEWPORT BEACH, CA 92660-2558 |
| 8543305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2025 00:33:00 | MRC/UNITED WHOLESALE, 8950 CYPRESS WATERS, COPPELL, TX 75019-4620 |
| 8543306 | + | EDI: SYNC | Feb 21 2025 05:03:00 | SYNCB/AMAZON PLCC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 8543306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 03:14:24 | SYNCB/AMAZON PLCC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 8543307 | + | EDI: SYNC | Feb 21 2025 05:03:00 | SYNCB/CARE CREDIT DC, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 8543307 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0540-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 309A | Total Noticed: 20 |

| | | | | Feb 21 2025 02:45:58 | SYNCB/CARE CREDIT DC, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
|---|---|---|---|---|---|
| 8543308 | + | EDI: SYNC | | Feb 21 2025 05:03:00 | SYNCB/GUITAR CENTER, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 8543308 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Feb 21 2025 03:13:53 | SYNCB/GUITAR CENTER, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 8543310 | + | EDI: SYNC | | Feb 21 2025 05:03:00 | SYNCB/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 8543310 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Feb 21 2025 03:31:42 | SYNCB/SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 8543311 | + | EDI: CITICORP | | Feb 21 2025 05:03:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

**Name**         **Email Address**

Charles Cottrell

on behalf of Debtor Jason Robert Allgrunn charleswcottrell@gmail.com

Diane Carter

dsbarron@rbarronlaw.com  dbc@trustesolutions.net

US Trustee

USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 3